09-3751-pr
*Waul v. Wright*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17ᵗʰ day of March, two thousand eleven.

PRESENT: RICHARD C. WESLEY,
         DENNY CHIN,
         RAYMOND J. LOHIER, JR.,
                  *Circuit Judges.*

_____

ANDRE WAUL,

                  *Plaintiff-Appellant,*

         -v.-                                    09-3751-pr

LESTER N. WRIGHT, M.D., JOHN E. CUNNINGHAM, M.D.,
STEVEN VAN BUREN, Regional Health Service Adm.,
RODD KOCH, Physical Therapist, MICHAEL ANUSZEWSKI, Physical
Therapist, JOHN IAN VITTO, Physical Therapist,
DANNY PREOCANIN, Physical Therapist, VINCENT MENYA, Physical
Therapist, TIMOTHY WHALEN, M.D., MITCHELL RUBINOVICH, M.D.,
COREY, Corrections Sergeant, BAILEY, Corrections Officer,
MARGE BYRNES, Regional Health Service Administrator, E.
SOTILE, Facility Health Services Director, Fishkill
Correctional Facility, I. ASSEFI, M.D.,
DELESSIO, Physical Therapist,

                  *Defendants-Appellees.*[*]

_____

---

[*] The Clerk of the Court is directed to amend the official caption in accordance with this Order.

FOR APPELLANT:     Andre Waul, *pro se*, White Plains, NY.

FOR APPELLEES:     Victor Paladino, Assistant Solicitor General, for Eric T. Schneiderman, Attorney General of the State of New York; Barbara D. Underwood, Solicitor General; and Nancy A. Spiegel, Senior Assistant Solicitor General, Albany, NY.

MATTHEW J. KELLY, Roemer Wallens Gold & Mineaux, LLP, Albany, NY.

Appeal from judgment of the United States District Court for the Northern District of New York (Hurd, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the district court's judgment is **AFFIRMED.**

*Pro se* Appellant Andre Waul appeals the district court's judgment granting defendants' motions for summary judgment and dismissing his § 1983 complaint. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review a summary judgment order *de novo* and ask whether the district court properly concluded that there were no genuine issues of material fact and that the moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003). In determining whether there are genuine issues of material fact, we are "required to resolve all ambiguities and draw all permissible factual inferences in

2

favor of the party against whom summary judgment is sought." *Terry v. Ashcroft*, 336 F.3d 128, 137 (2d Cir. 2003) (internal quotation marks omitted). However, "conclusory statements or mere allegations [are] not sufficient to defeat a summary judgment motion." *Davis v. New York*, 316 F.3d 93, 100 (2d Cir. 2002).

Having conducted an independent and *de novo* review of the record in light of these principles, we affirm the district court's judgment for substantially the same reasons stated by the magistrate judge in his thorough and well-reasoned report and recommendation. We have considered Waul's arguments on appeal and have found them to be without merit. Accordingly, the judgment of the district court is hereby **AFFIRMED**.

```
                              FOR THE COURT:
                              Catherine O'Hagan Wolfe, Clerk.
```